| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RYAN PECHICKJIAN, | ) NO. CV 11-04820 RSWL (SS) |
| Petitioner, | ) |
| v. | ) **ORDER ADOPTING FINDINGS,** |
| JAMES D. HARTLEY, Warden, | ) **CONCLUSIONS AND RECOMMENDATIONS** |
| Respondent. | ) **OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

1 **IT IS ORDERED** that the Petition is denied and Judgment shall be
2 entered dismissing this action without prejudice.
3
4 **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and
5 the Judgment herein on Petitioner at his address of record.
6
7 **LET JUDGMENT BE ENTERED ACCORDINGLY.**
8
9 DATED: July 28, 2011
10
11                                  RONALD S.W. LEW
                                 _____
                                 RONALD S.W. LEW
12                                  SENIOR UNITED STATES DISTRICT JUDGE