**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD RYAN PECHICKJIAN,<br><br>           Petitioner,<br><br>     v.<br><br>JAMES D. HARTLEY, Warden,<br><br>           Respondent. | NO. CV 11-04820 RSWL (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 28, 2011

                                           RONALD S.W. LEW
                                           RONALD S.W. LEW
                                           SENIOR UNITED STATES DISTRICT JUDGE